# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| KAVIN LEE PEEPLES, | : | Case No. 1:19-cv-340 |
| | : | |
| Petitioner, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| WARDEN, SOUTHERN OHIO CORRECTIONAL FACILITY, | : | |
| | : | |
| Respondent. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 17) AND
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, on June 9, 2020, the Magistrate Judge submitted a Report and Recommendation recommending that—in light of the Sixth Circuit's May 12, 2020 order denying petitioner's motion for authorization, motion for psychiatric evaluation, and motion for the appointment of counsel (*see* Doc. 16)—this action be dismissed. (Doc. 17). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations (Doc. 17) should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) As there are no further matters pending before this Court, this action is hereby **DISMISSED**.

2) The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore Plaintiff is denied leave to appeal *in forma pauperis*.

3) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date:  8/24/2020  /s/ Timothy S. Black
Timothy S. Black
United States District Judge